Charles A. BROWER, Plaintiff-Appellant,

v.

Dr. James SMITH, Defendant-Appellee,

and

Roy Cooper, Defendant.

No. 15–7977.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2016.

Decided: March 22, 2016.

Charles A. Brower, Appellant Pro Se. Kelly Street Brown, Elizabeth Pharr McCullough, Young Moore & Henderson, PA, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles A. Brower appeals the district court's order granting Dr. James Smith's summary judgment motion on Brower's 42 U.S.C. § 1983 (2012) claims, and he has filed a motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we deny Brower's motion for appointment of counsel and affirm the district court's judgment. *See Brower v. Smith,* No. 5:13–ct–03240–BO (E.D.N.C. Dec. 2, 2015). We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*